Gus Thomas, appellee, v. Evening American Publishing Company, appellant. Gen. No. 30,905.

Action for personal injuries in automobile collision. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Reversed and remanded. Opinion filed December 21, 1926.

Roy D. Keehn, for appellant; Edward G. Woods, of counsel. Ralph R. Obenchain and Henry Pollenz, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Kelly-Iverson, Inc., appellee, v. Theodore Aaron, Inc., appellant. Gen. No. 30,928.

Assumpsit to recover for breach of warranty. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. J. F. Gillham, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Affirmed. Opinion filed December 21, 1926.

Blum, Blum & DeLaney, for appellant; John V. DeLaney, of counsel. Newby & Murphy, for appellee; Albert E. Isley, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Alice M. Wigney, appellant, v. Charles H. Coyle, appellee. Gen. No. 31,038.

Action for falsely causing incarceration in insane asylum. Judgment against plaintiff for costs upon sustaining demurrer to declaration. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Affirmed. Opinion filed December 21, 1926.

Sumner C. Palmer, for appellant. Stein, Mayer & David, for appellee; Sigmund W. David, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Fort Dearborn Lumber Company, appellee, v. Community State Bank, appellant. Gen. No. 31,068.

Assumpsit to recover from bank balance of deposited and collected check above debt to bank. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Edgar A. Jonas, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Reversed and remanded. Opinion filed December 21, 1926.

Gallagher, Shulman, Abrams & Henry, for appellant; Vincent G. Gallagher and Meyer Abrams, of counsel. William E. Rafferty, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.